# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>Audrey Denise ZARATE<br><br>              Defendant. | Case No.: **21-MJ-1587**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about April 23, 2021, within the Southern District of California, Audrey Denise ZARATE, did knowingly and intentionally import approximately 29.64 kilograms (65.34 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

                                               _____ A3061_
                                               Special Agent Charlie Ruiz
                                               Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th of April 2021.

                                             _Barbara L Major_
                                             HON. BARBARA L. MAJOR
                                             U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Charlie Ruiz, declare under penalty of perjury, the following is true and correct:

On April 23, 2021, at approximately 9:20 P.M., Audrey Denise ZARATE, ("ZARATE"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #6. ZARATE was the driver, sole occupant, and registered owner of a 2008 Jeep Compass ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear cargo area of the vehicle.

A Customs and Border Protection Officer received two Customs declarations of only a purse and medicine from ZARATE.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the trunk and spare tire of the vehicle.

1

Further inspection of the vehicle resulted in the discovery of 60 packages concealed in the rear quarter panels of the vehicle, with a total approximate weight of 29.64 kgs (65.34 lbs.). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

ZARATE was placed under arrest at approximately 11:11 PM.

During a post-Miranda interview, ZARATE admitted that she was going to be paid $3,000 USD to smuggle the narcotics into the United States.

ZARATE was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance. ZARATE is scheduled to be booked into the San Diego Metropolitan Correction Center.

Executed on April 24, 2021, at 5:34 AM, at the Otay Mesa POE

_[signature]_ A3061

Charlie Ruiz, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 03 pages, I find probable cause to believe the defendant, Audrey Denise

2

ZARATE, named in this probable cause statement, committed the offense on April 24, 2021, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

_____     _____
Hon. Barbara L. Major                           Date/Time
United States Magistrate Judge

3